JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY BAHENA ESTRADA | Case No. ED CV 12-1985 FMO (OPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF CORONA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Pending Motions, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff's federal claims are dismissed with prejudice and plaintiff's state law claims are dismissed without prejudice.

Dated this 16th day of September, 2014.

/s/
Fernando M. Olguin
United States District Judge